1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:24-MJ-00031-CDB |
| Plaintiff, | ) **ORDER UNSEALING CRIMINAL** |
| v. | ) **COMPLAINT** |
| JORGE NARVAEZ, | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint in the above captioned case be unsealed on the public docket.

IT IS SO ORDERED.

Dated:   __May 14, 2025__

_____
UNITED STATES MAGISTRATE JUDGE