**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JORGE NARVAEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JORGE NARVAEZ,<br><br>         Defendant | Case No.: 1:25-CR-00107-KES-BAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET THE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE, AND ARIN HEINZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JORGE NARVAEZ, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference date currently set for October 22, 2025, (See ECF Doc. 20) be vacated, and the change of plea hearing be set for Monday, October 20, 2025, at 9:30 a.m.

Counsel has had the opportunity to discuss this matter with AUSA Arin Heinz, both parties have agreed to requesting that the status conference date be vacated, and the Change of Plea date be set. Both parties have reached a disposition on the matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: October 16, 2025                 */s/ David A. Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              JORGE NARVAEZ

DATED: October 16, 2025                 */s/Arin Heinz*
                                              ARIN HEINZ
                                              Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the status conference set for October 22, 2025, is vacated. A change of plea hearing is set for **October 20, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:   **October 16, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE