1  ERIC GRANT
   United States Attorney
2  NICHOLAS KARP
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            CASE NO.  1:25-CR-00107-KES-EPG

11                    Plaintiff,          ORDER

12              v.

13  JORGE NARVAEZ,

14                    Defendant.

15

16
         Counsel for the government, Assistant United States Attorney Nicholas Karp, and counsel for the
17
    defense, David Torres, are engaged in preparation for sentencing in the aforementioned matter. The
18
    parties are respectfully requesting to continue sentencing currently set for February 2, 2026, to
19
    effectively facilitate that preparation. Counsel for the government has communicated telephonically with
20
    counsel for defense; counsel for defense is agreeable to a sentencing date in mid-March 2026. Because
21
    they are currently engaged in international travel, counsel for defense is agreeable with counsel for the
22
    government submitting a proposed order to the Court.
23
         The parties respectfully request a sentencing date of March 16, 2026. The parties and the
24
    Probation Officer will confer on a revised schedule for the preparation and objections to the Presentence
25
    Report.
26

27  Dated: December 23, 2025.

                                          /s/ Nicholas Karp
28                                        NICHOLAS KARP
                                          Assistant United States Attorney

    ORDER                                 1

1      IT IS HEREBY ORDERED, that sentencing in the aforementioned matter be continued from

2   February 2, 2026, to March 16, 2026, at 09:30 AM in Courtroom 6 (KES) before District Judge Kirk E.

3   Sherriff.

4

5   IT IS SO ORDERED.

6      Dated:    December 23, 2025

    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                    2